## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

------------------------------------------------------------------ x

TARA NICOLE MUELLER, on behalf of      :     Case No.: 1:26-cv-379
herself and all others similarly situated,   :
                                     :

          Plaintiffs,           :

                                :     **NOTICE OF VOLUNTARY**
        v.                   **DISMISSAL WITH**
                                         **PREJUDICE**

Picnic Time, Inc.,                 :

          Defendant.          :

                                :

                                :

                                :

------------------------------------------------------------------ x

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  May 6, 2026

                                        EQUAL ACCESS LAW GROUP, PLLC
                                        *Attorneys for Plaintiff*

                                        **/s/ Jason B. Marshall**
                                        By: Jason B. Marshall
                                        IN Bar No.: 36889-49
                                        4903 Avenue N,
                                        Brooklyn, NY 11234
                                        jmarshall@ealg.law
                                        (463) 777-4196